MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
  333 Market Street, Suite 1500
  San Francisco, California 94105
  Telephone:  (415) 977-8926
  Facsimile:  (415) 744-0134
  E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. WARREN,<br>  Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>  Defendant. | CIVIL ACTION NO. 10-01740-SI<br><br>STIPULATION AND PROPOSED ORDER<br>FOR A FIRST EXTENSION FOR<br>PLAINTIFF TO RESPOND TO<br>DEFENDANT'S MOTION TO DISMISS |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time of 45 days to file his response to Defendant's Motion to Dismiss.  Plaintiff is representing himself in this case, and has informed counsel for Defendant that his copy of the Motion to Dismiss, as well as numerous other documents and property, were stolen from his car.  Plaintiff requires additional time to receive another copy of Defendant's Motion to Dismiss and to prepare his response.  In addition, the parties will use the additional 45 days to determine whether this matter could be resolved at the administrative level.

Stip. to Extend Pl.'s Time to Resp. to Def.'s Mot. to Dismiss, 10-01740-SI    1

Forty-five days from this date is February 20, 2011, which is a Saturday.  Therefore, the parties stipulate that Plaintiff's response will be due on Monday, February 21, 2011, the first court date after that date.

                                                Respectfully submitted,

Dated: January 6, 2011                    /s/ Steven M. Warren
                                                (as authorized via e-mail)
                                                STEVEN M. WARREN
                                                Plaintiff, Pro Se

                                                MELINDA L. HAAG
                                                United States Attorney

Dated: January 6, 2011                    By s/ Daniel P. Talbert
                                                DANIEL P. TALBERT
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

                                                ORDER

    Pursuant to stipulation, it is so ordered.

DATED:_____   _____
                                                    SUSAN ILLSTON
                                                    UNITED STATE DISTRICT JUDGE