1   MELINDA L. HAAG, CSBN 132612
    United States Attorney
2   LUCILLE GONZALES MEIS, SBN CO 15153
3   Regional Chief Counsel, Region IX
    Social Security Administration
4   DANIEL P. TALBERT, SBN OH 0084088
5   Special Assistant United States Attorney
            333 Market Street, Suite 1500
6           San Francisco, California 94105
            Telephone:  (415) 977-8926
7           Facsimile:  (415) 744-0134
8           E-Mail: Daniel.Talbert@ssa.gov

9    Attorneys for Defendant

10                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11

12  STEVEN M. WARREN,           )      CIVIL ACTION NO. 10-01740-SI
          Plaintiff,            )
13                              )
       v.                       )      STIPULATION AND PROPOSED ORDER
14                              )      FOR A SECOND EXTENSION FOR
15  MICHAEL J. ASTRUE,          )      PLAINTIFF TO RESPOND TO
    Commissioner of Social Security,  )  DEFENDANT'S MOTION TO DISMISS
16        Defendant.            )
                                )
17  ————————————————————————————)

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel of record, that Plaintiff shall have a second extension of time of 45 days to file his

20  response to Defendant's Motion to Dismiss.  Plaintiff required a first extension of 45 days after

21  his documents, including his copy of Defendant's Motion to Dismiss, were stolen from his car.

22  Plaintiff is proceeding without an attorney.  Plaintiff represented to the undersigned counsel for

23  Defendant that Plaintiff has been ill recently and is still looking for relevant documents, and as

    such requires an additional 45 days within which to file his response.
24

25

26

27

28

1     The parties therefore stipulate, subject to the Court's approval, that Plaintiff shall have

2   until April 4, 2011, to file his response to Defendant's Motion to Dismiss.  The parties further

3   stipulate that Defendant shall have until April 18, 2011, to file any reply to Plaintiff's response,

4   and that, absent any additional stipulations or orders from the Court, the matter shall then be

5   submitted on the papers for decision without oral argument.

6                                             Respectfully submitted,

7   Dated: February 17, 2011               /s/ Steven M. Warren
                                            (as authorized via e-mail)
8                                           STEVEN M. WARREN
                                            Plaintiff, Pro Se
9

10                                          MELINDA L. HAAG
                                            United States Attorney
11

12  Dated: February 18, 2011            By s/ Daniel P. Talbert
                                            DANIEL P. TALBERT
13                                          Special Assistant U.S. Attorney

14
                                            Attorneys for Defendant
15

16                                          ORDER

17

18        Pursuant to stipulation, it is so ordered.

19  DATED:___2/18/11_____      _____
                                            SUSAN ILLSTON
20                                          UNITED STATE DISTRICT JUDGE

21

22

23

24

25

26

27

28

 Stip. to Extend Pl.'s Time to Resp. to Def.'s Mot. to Dismiss, 10-01740-SI                    2