IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN M. WARREN,          No. C 10-1740 SI

    Plaintiff,          **JUDGMENT**

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
                                       /

Plaintiff's action is dismissed as premature, for failure to exhaust administrative remedies. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 9, 2011

                                              SUSAN ILLSTON
                                              United States District Judge